IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Esvin Gomez | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | CIVIL ACTION NO. 1:19cv1121 |
| | ) | |
| Seoul Gool Dae Gee Inc. | ) | |
| | ) | |
| Defendant(s) | ) | |

JUDGMENT BY THE CLERK

PURSUANT to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of the plaintiff Esvin Gomez against the defendant Seoul Gool Dae Gee Inc. in the amount of $6,500.00 with costs accrued.

Dated at Alexandria, Virginia, this 24th day of October, 2019.

FERNANDO GALINDO, CLERK

BY: _____/s/_____
Dana Van Metre
Deputy Clerk