IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ESVIN GOMEZ., | |
| Plaintiff, | Case No. 1:19-cv-01121-CMH-TCB |
| v. | |
| SEOUL GOOL DAE GEE INC, | |
| Defendant. | |

**MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

For the reasons set out in the accompanying Memorandum, and in accordance with the Fair Labor Standards Act and Rule 54(d)(2) of the Federal Rules of Civil Procedure, Plaintiff respectfully requests that Plaintiff be awarded attorneys' fees totaling $ 13,429.59and costs totaling $400.

Dated: November 7, 2019

Respectfully submitted,

By     /s/Matthew B. Kaplan
Matthew B. Kaplan
VSB No. 51027
The Kaplan Law Firm
509 N. Jefferson St.
Arlington, VA 22205
Telephone: (703) 665-9529
Fax: (888) 958-1366
Email: mbkaplan@thekaplanlawfirm.com
*Counsel for Plaintiffs*

Lenore C. Garon
VSB No. 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Telephone: (703) 534-6662
Email: lenore@lenorecgaron.com
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that, on the date indicated below, the foregoing document (and any attachments or accompanying documents) was served via the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

   /s/ Matthew B. Kaplan
Matthew B. Kaplan

Dated: November 7, 2019