IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

ESVIN ROMEO GOMEZ

      Plaintiff,

      v.

SEOUL GOOL DAE GEE INC.,

      Defendant.

Case No. 1:19-cv-01121-CMH-TCB

DECLARATION OF LENORE C. GARON

1.    I am a solo practitioner and the principal attorney of the Law Office of Lenore C. Garon, PLLC.  Unless otherwise indicated, I make this Declaration based on my personal knowledge.

Billing Procedures

2.    The number of hours I worked on this matter are set forth in the charts attached to the Declaration of my co-counsel, Matthew B. Kaplan.  I generally run a timer on my desktop when I am working on a matter, and at the conclusion of the work session record the time in a time-keeping application on my computer.  I then transmit the information to my co-counsel for inclusion in his firm's billing records.  I record less time than I actually spent if I believe that any portion of my time was unnecessary or took longer than it should have in the exercise of reasonable diligence.

Background and Experience

3.    A true and accurate copy of my resume is attached to this Declaration.

4.    I am asking the Court to approve a billing rate in this matter for myself $460 per hour, which, given my background and experience, I believe is reasonable and reflective of the market rate in this district for matters of this type.

5    I graduated from Stanford Law School in 1972.  While in law school I served as a Note Editor of the Stanford Law Review, and wrote a law review note analyzing the then-new Fair Credit Reporting Act.  In 1973 I was admitted to the bars of California (where I am currently inactive) and the District of Columbia.  I was admitted to the Virginia bar in 1996.

6.    Following my graduation from law school, I accepted a position with the Federal Trade Commission in Washington, DC, where I worked primarily on issues of consumer credit.

7.    Seeking trial experience, I sought a job with the Civil Division of the U.S. Department of Justice, where I began in February 1976. I handled cases involving both issues of administrative law and commercial litigation at both the trial and appellate level in federal district courts and courts of appeal throughout the United States.

8    In late 1983 I left the Department of Justice to accompany my husband to France, where he was employed at an international agency. On our return to the United States in 1988, I remained out of the work force for an additional three years because of the age of my children.

9.    In 1991 I began a solo practice providing writing, research, and litigation assistance to attorneys.

10.   In 1998, while maintaining my solo practice, I also became Of Counsel to the law firm of Boone & Associates, P.C., a healthcare and personal injury defense law firm in Fairfax, Virginia. I participated in trial and appellate litigation in Virginia and the District of Columbia.

11.   In 2002, as part of my practice providing litigation assistance to other attorneys, I began to do plaintiff-side employment litigation. In 2007, I became Of Counsel to Gebhardt & Associates, P.C., a firm focusing on employment litigation, and worked with the firm until it closed in 2014. I worked on cases in the District Courts of both the District of Columbia and Eastern District of Virginia, as well as in the Courts of Appeal for the District of Columbia and Fourth Circuits. I continue to assist attorneys in employment litigation, including claims under the Fair Labor Standards Act and the District of Columbia wage and hour laws. I also volunteer on a regular basis with the Workers' Rights Clinic operated by the Washington Lawyers' Committee for Civil Rights and Urban Affairs, where many of the clients' problems relate to violations of local, state, and federal wage and hour laws.

Rates

12.   When I work for other counsel, my attorney clients bill me at or above the current rates for such work, including the Laffey Matrix maintained by the U.S. Attorney's Office of the District of Columbia which is significantly higher than the $460 per hour sought in this case.

Other Issues

13.   I am a solo practitioner. In addition to my work assisting other attorneys, I am certified as a guardian *ad litem* for incapacitated adults in the Commonwealth of Virginia, and spend substantial time on court-appointed matters. If I had not worked on this matter, the time would have been spent on other matters.

14.   As noted in the Declaration of Matthew B.Kaplan, my work on this case was entirely contingent, and if it had been unsuccessful, I would have received no payment at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2019            /s/ Lenore C. Garon
                                        Lenore C. Garon

**LENORE C. GARON**
**2412 Falls Place Court | Falls Church, Virginia  22043 | 703-534-6662**
lenore@lenorecgaron.com

Since 1991 - *Principal* of the **Law Office of Lenore C. Garon, PLLC**, a law practice concentrating on research, writing, and litigation assistance services for attorneys, particularly in the area of employment law, and on adult guardianship and conservatorship issues for individuals. In addition:

- *Of Counsel* to **Boone & Associates, P.C.**, a healthcare and personal injury defense law firm in Fairfax, VA, since 1998.  Drafted pleadings, motions, discovery, and appellate briefs; delivered oral arguments in trial and appellate courts; participated at trials.

- *Of Counsel* to **Gebhardt & Associates, LLP**, an employment law firm in Washington, DC, 2007-2014.  Drafted pleadings, motions, discovery, and appellate briefs; delivered oral arguments in federal district and appellate courts; participated in mediations and settlement discussions.

1983 - 1991 - On sabbatical, to rear my children

1976 - 1983 - *Trial Attorney*, **Civil Division, U.S. Department of Justice**.  Responsible for cases in the U.S. District Courts, Claims Court, and Circuit Courts of Appeal, primarily in the areas of government contracts and challenges to the administration of federal programs.  Involved in precedent-setting litigation under the Equal Access to Justice and Contract Disputes Acts, and handled numerous cases concerning federal housing and energy programs and civilian personnel actions, among other areas.

1972 - 1976 - *Trial Attorney*, **Federal Trade Commission**.  One of the architects of the Division of Consumer Protection's Unfair Credit Practices Rule.  Performed substantial empirical research on consumer credit problems in addition to legal research and writing.

Bar Admissions:

    Virginia, District of Columbia, California (inactive status)
    U.S. District Courts: Eastern District of Virginia, District of Columbia
    U.S. Court of Federal Claims
    U.S. Circuit Courts of Appeal: 1st, 4th, District of Columbia, Federal
    U.S. Supreme Court

Education:

    Stanford Law School, Stanford, California, J.D. (Note Editor, Stanford Law Review, Volume 24)

    University of Rochester, B.A.

Professional Associations and Memberships:

> Metropolitan Washington Employment Lawyers Association (MWELA)
> National Employment Lawyers Association (NELA)
> Women's Bar Association
> Fairfax Bar Association (Volunteer Motions Conciliator, Fairfax Circuit Court)
> Certified as a Guardian *ad Litem* for Incapacitated Adults by the Supreme Court of Virginia

Foreign Language:  French