IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ESVIN GOMEZ., <br><br> Plaintiff, <br><br> v. <br><br> SEOUL GOOL DAE GEE INC, <br><br> Defendant. | Case No. 1:19-cv-01121-CMH-TCB |

## WAIVER OF ORAL ARGUMENT FOR PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

Plaintiff, by counsel, and pursuant to Rule 7(E) of the Local Rules for the Eastern District of Virginia, hereby waives oral argument on Plaintiff's Motion for Extension of Time to Serve and to File Service of Process.

Dated: November 7, 2019

Respectfully submitted,

By \_\_\_\_\_/s/Matthew B. Kaplan\_\_\_\_\_
Matthew B. Kaplan
VSB No. 51027
The Kaplan Law Firm
509 N. Jefferson St.
Arlington, VA 22205
Telephone: (703) 665-9529
Fax: (888) 958-1366
Email:  mbkaplan@thekaplanlawfirm.com
*Counsel for Plaintiffs*

Lenore C. Garon
VSB No. 39934
Law Office of Lenore C. Garon, PLLC
2412 Falls Place Court
Falls Church, VA 22043
Telephone: (703) 534-6662
Email: lenore@lenorecgaron.com
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that, on the date indicated below, the foregoing document (and any attachments or accompanying documents) was served via the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

\_\_\_/s/ Matthew B. Kaplan\_\_\_\_\_
Matthew B. Kaplan

Dated:  November 7, 2019